MICHAEL MALK, ESQ., APC
Michael Malk, Esq., (State Bar No. 222366)
1180 South Beverly Drive, Suite 302
Los Angeles, California 90035
Telephone: (310) 203-0016
Facsimile:  (310) 499-5210
mm@malklawfirm.com

Attorneys for Plaintiff Adam Goodwin

Mark J. Jacobs, Bar No. 208945
Shaun J. Voigt, Bar No. 265721
Laurie A. Koscielak, Bar No. 299106
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone (949) 851-2424
Facsimile  (949) 851-0152

Attorneys for Defendant
Winn Management Group, LLC

UNITED STATED DISCRICT COURT
EASTERN DISTRICT OF CALIFORNIA
(UNLIMITED JURISDICTION)

| | |
|---|---|
| ADAM GOODWIN, individually and individually on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>WINN MANAGEMENT GROUP LLC, a Massachusetts Limited Liability Company, and Does 1 through 100, inclusive<br><br>　　　　　　　Defendants. | Case No. 1:15-cv-00606-WBS-GSA<br><br>**STIPULATION TO CONTINUE PRETRIAL SCHEDULING CONFERENCE; [~~PROPOSED~~] ORDER** |

Plaintiff Adam Goodwin ("Plaintiff") and Defendant Winn Management Group, LLC ("Defendant"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, this Court set a Status (Pretrial Scheduling) Conference to take place on August 31, 2015 at 2:00 PM;

WHEREAS, Plaintiff's counsel was previously ordered to appear for an Initial Status Conference before the Hon. Virginia A. Phillips, Judge of the Central District of California, on August 31, 2015 at 1:30 PM in Riverside California;

WHEREAS, Plaintiff's counsel met and conferred with Defendant's counsel regarding this issue, and Defendant's counsel graciously agreed to jointly seek continuance of the Status (Pretrial Scheduling) Conference.

THEREFORE, subject to the approval of this Court, it is hereby stipulated and agreed, by and between the parties hereto, by and through their respective counsel, that the Status (Pretrial Scheduling) Conference, currently scheduled for August 31, 2015, shall be continued to a date after September 2, 2015. Plaintiff's counsel's office will be closed on the following dates for Jewish holidays September 14-15, 22-23, 28-30, and October 1-6, and respectfully requests that the Conference not be continued to one of those dates.

IT IS SO STIPULATED

RESPECTFULLY SUBMITTED,

Dated: July 23, 2015

/s/ Michael Malk
Michael Malk
MICHAEL MALK, ESQ., APC
Attorneys for Plaintiffs

Dated: July 23, 2015

/s/ Shaun J. Voigt (as authorized on 7/23/15)
Mark J. Jacobs
Shaun J. Voigt
Laurie A. Koscielak
FISHER & PHILLPS, LLP
Attorneys for Defendant

### ORDER

Pursuant to the stipulation of the Parties, and **GOOD CAUSE APPEARING THEREFOR**, the Court hereby **ORDERS** that the Status (Pretrial Scheduling) Conference in this matter shall be continued to **November 9, 2015 at 2:00 p.m.** A Joint Status Report shall be filed no later than **October 26, 2015**.

**IT IS SO ORDERED.**

Dated: July 24, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE