MICHAEL MALK, ESQ., (STATE BAR NO 222366)

mm@malklawfirm.com

**MICHAEL MALK, ESQ., APC**

1180 South Beverly Drive, Suite 302

Los Angeles, California 90035

Telephone: (310) 203-0016

Facsimile:  (310) 499-5210

Attorneys for Plaintiff Adam Goodwin and all others similarly situated

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GOODWIN, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br>　vs.<br><br>WINN MANAGEMENT GROUP LLC, a Massachusetts Limited Liability Company, and Does 1 through 100, inclusive,<br>　　　　　　　　　　Defendants. | Case No. 1:15-CV-00606-DAD-EPG<br><br>*[This case has been assigned to Judge Dale A. Drozd]*<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE STATUS CONFERENCE SCHEDULED FOR SEPTEMBER 7, 2016;**<br>**ORDER THEREON**<br><br>Complaint Filed: April 16, 2015 |

**NOTICE IS HEREBY GIVEN** that the aforementioned matter known as *Adam Goodwin v. Winn Management Group LLC*, Case No. 2:15-CV-00606-DAD-EPG, has been settled on a classwide basis as a result of both parties attending mediation and resolving this dispute. The parties anticipate filing a Motion for Preliminary Approval of Class Action Settlement by October 31, 2016. In light of the settlement, the Parties respectfully request that this court vacate the telephonic status conference scheduled for September 7, 2016.

DATED:  August 24, 2016                         MICHAEL MALK, ESQ., APC


                                                By  /s/ Michael Malk
                                                    MICHAEL MALK.
                                                    Attorneys for Plaintiff ADAM GOODWIN

**ORDER**

IT IS SO ORDERED. The telephonic status conference scheduled for September 7, 2016 is vacated. The Motion for Preliminary Approval of the Class Action is scheduled for December 6, 2016 at 9:30 a.m. before District Judge Dale A. Drozd. The deadline for Plaintiff to file its Motion for Final Approval is October 31, 2016.

If for some reason the motion is not filed by October 31, 2016, the parties are directed to notify the Court so that the hearing date may be vacated.

IT IS SO ORDERED.

Dated:   **August 25, 2016**              /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Proof of Service*