UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GOODWIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WINN MANAGEMENT GROUP LLC,<br><br>　　　　　Defendant. | No.  1:15-cv-00606-DAD-EPG<br><br>ORDER GRANTING JOINT REQUEST TO CONTINUE THE FILING DATE FOR PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL<br><br>(Doc. No. 26) |

   In light of the parties' notice of settlement and anticipated filing of a motion for preliminary approval of class action settlement (*see* Doc. No. 24), the parties now seek a continuance of the filing deadline for that motion.  (Doc. No. 26.)  Finding good cause, the court grants the request.  The deadline by which plaintiff must file a motion for preliminary approval of class action settlement shall be extended to **November 16, 2016**.  The parties are advised that the motion shall remain scheduled for hearing on **December 6, 2016 at 9:30 a.m.**, before District Judge Dale A. Drozd.[1]

IT IS SO ORDERED.

Dated:   **October 13, 2016**　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] If for any reason the motion is not filed by November 16, 2016, the parties are directed to notify the undersigned's courtroom deputy so that the December 6, 2016, hearing date may be vacated.

1