UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM GOODWIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WINN MANAGEMENT GROUP LLC,<br><br>　　　　　Defendant. | No. 1:15-cv-00606-DAD-EPG<br><br>ORDER GRANTING JOINT STIPULATION TO HEAR MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT ON SHORTENED NOTICE |

On October 4, 2017, the parties filed a joint stipulation requesting the court permit plaintiff's counsel to submit the motion for final approval of a class settlement on shortened notice. (Doc. No. 35.) The court granted preliminary approval of the class settlement on July 26, 2017, setting the final fairness hearing for November 7, 2017. (Doc. No. 34.) The stipulation indicates that the deadline to file claims and objections is October 19, 2017,[1] which precedes the final fairness hearing by less than the twenty-eight days required by Local Rule 230 in which to properly notice a motion. (Doc. No. 35.) According to the parties, defendant has agreed to shortening the notice of the motion for final approval of the settlement by fourteen days. (*Id.*) Therefore, good cause being shown and on the stipulation of the parties, plaintiff may file the

/////

---

[1] The stipulation actually states the claims and objection deadline is October 19, 2018, but the court presumes this is merely a typographical error.

1

motion for final approval of class settlement no later than **October 24, 2017**, to be noticed for hearing on November 7, 2017.

IT IS SO ORDERED.

Dated: **October 5, 2017**

UNITED STATES DISTRICT JUDGE